# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

JMD CONSTRUCTION SERVICES, LLC,

    Plaintiff,

vs.                                                                           No. CIV 19-0578 JB\KK

JC RESIDENTIAL AND COMMERCIAL
CONSTRUCTION, LLC; and EDGAR
FLORES CONSTRUCTION, INC.,

    Defendants,

and

EDGAR FLORES CONSTRUCTION, INC.,

    Third Party Plaintiff,

vs.

JMD CONSTRUCTION SERVICES, LLC; KW
AQE, LLC; FOUR PINE, LLC; KMK FX, LLC;
TCF NATIONAL BANK; FEDEX FREIGHT,
INC., JOHN DOES I-X; and ALL UNKNOWN
CLAIMINTS IN INTEREST,

    Third Party Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Order, filed December 31, 2019 (Doc. 45). In the Order, the Court: (i) dismisses with prejudice all of Plaintiff JMD Construction Services, LLC's claims against Defendant Edgar Flores Construction, Inc., see Order at 2; (ii) dismisses with prejudice all of Edgar Flores Construction's claims "against any and all parties to this lawsuit," Order at 1; (iii) dismisses Third Party Defendants KW AQE, LLC, Four Pine, LLC, KMK FX, LLC, TCF National Bank, and FedEx Freight, Inc., from the matter with prejudice, see

Order at 1; and (iv) dismisses KW AQE, LLC's only counterclaim against JMD Construction Services, see Order at 2.[1]  With no more issues, claims, or parties before the Court, the Court enters Final Judgment.

**IT IS ORDERED** that (i) all of the Plaintiff's claims are dismissed with prejudice; (ii) all of the Third Party Plaintiff's claims are dismissed with prejudice; (iii) all Defendants and Third Party Defendants are dismissed with prejudice; (iv) the case is dismissed with prejudice; and (v) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Charles Davidson
David L. Gershner
Davidson Law Firm
Little Rock, Arkansas

--and--

Sean R. Calvert
Calvert Menicucci, P.C.
Albuquerque, New Mexico

> *Attorneys for the Plaintiff and Third Party Defendants KW AQE, LLC, Four Pine, LLC, KMK FX, LLC, and FedEx Freight, Inc.*

Michael T. Garrett
Garrett Law Firm PA
Clovis, New Mexico

> *Attorney for Defendant and Third Party Plaintiff Edgar Flores Construction, Inc.*

---

[1] Although Defendant JC Residential and Commercial Construction, LLC has not responded to any of JMD Construction Services' claims, JMD Construction Services wants to close this case and dismiss all claims.  Accordingly, all claims against JC Residential are dismissed.

Joseph L. Werntz
Moses, Dunn, Farmer & Tuthill, P.C.
Albuquerque, New Mexico

*Attorney for Third Party Defendant TCF National Bank*